IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00455-BNB

WENDEL (ROBERT) WARDELL, JR.,

Petitioner,

v.

DONALD L. STINE, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
CLERK

---

ORDER TO CURE DEFICIENCY

---

Petitioner, Wendel (Robert) Wardell, Jr., is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Pine Knot, Kentucky. Mr. Wardell initiated this action by filing *pro se* in the United States District Court for the Eastern District of Kentucky a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. In an order filed on March 3, 2009, the Eastern District of Kentucky transferred the action to this court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that Mr. Wardell's habeas corpus petition is deficient because it is not filed on the proper form approved for use by prisoners in this court. Mr. Wardell will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Wardell cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Wardell, together

with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Wardell fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED March 10, 2009, at Denver, Colorado.

BY THE COURT:

<u>s/ Boyd N. Boland</u>
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00455-BNB

Wendel Robert Wardell, Jr.
Prisoner No. 32096-013
US Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 3/10/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk