IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00455-BNB

WENDEL (ROBERT) WARDELL, JR.,
Petitioner,

v.

DONALD L. STINE, Warden,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2009

GREGORY C. LANGHAM
CLERK

ORDER

Petitioner Wendel (Robert) Wardell, Jr., has filed *pro se* on April 6, 2009, his "Objection to U.S. Magistrate Judge Boland's March 10, 2009[,] Order to Cure Deficiency and Request to Stay Proceedings Pending Resolution of this Objection." Mr. Wardell is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Pine Knot, Kentucky. Mr. Wardell initiated this action by filing *pro se* in the United States District Court for the Eastern District of Kentucky a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. In an order filed on March 3, 2009, the Eastern District of Kentucky transferred the action to this court. In an order filed on March 10, 2009, Magistrate Judge Boland determined that Mr. Wardell's habeas corpus petition is deficient because it is not filed on the proper form. Therefore, Magistrate Judge Boland directed Mr. Wardell to cure this deficiency if he wishes to pursue his claims in this action. Mr. Wardell argues in his objections that he cannot be required to use a form approved by this Court because he has used a form approved by the Administrative Office of the United States Courts.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's order filed on March 10 is not clearly erroneous or contrary to law. Pursuant to Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts, a district court can prescribe by local rule the pleading form to be used in habeas corpus actions. The Court's local rules require *pro se* prisoners to "use the forms established by this court to file an action." D.C.COLO.LCivR 8.2A. Therefore, Mr. Wardell's objections will be overruled and he will be required to use the form approved by this Court if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that the "Objection to U.S. Magistrate Judge Boland's March 10, 2009[,] Order to Cure Deficiency and Request to Stay Proceedings Pending Resolution of this Objection" filed on April 6, 2009, is overruled. It is

FURTHER ORDERED that Mr. Wardell shall have **thirty (30) days from the date of this order** to cure the deficiency if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this 12 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00455-BNB

Wendel Robert Wardell, Jr.
Prisoner No. 32096-013
US Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/10/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk