IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00455-BNB

WENDEL (ROBERT) WARDELL, JR.,

Applicant,

v.

ERIC D. WILSON, Warden,
ARISTEDES W. ZAVARAS, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Wendel (Robert) Wardell, Jr., is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Pine Knot, Kentucky. Mr. Wardell initiated this action by filing *pro se* in the United States District Court for the Eastern District of Kentucky a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. Mr. Wardell is challenging the validity of his 1994 conviction in Larimer County, Colorado, District Court case number 94CR776. In an order filed on March 3, 2009, the Eastern District of Kentucky transferred the action to this court. On May 4, 2009, Mr. Wardell filed an amended pleading on the proper form. On May 6, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Wardell to file a second amended application to clarify the claims he is asserting in this action and to provide specific factual allegations in support of each asserted claim. Mr. Wardell was warned that the action would be dismissed without further notice if he failed to file a second amended

application within thirty days. In an order filed on June 4, 2009, the Court overruled Mr. Wardell's objection to Magistrate Judge Boland's May 6 order and denied his motion for appointment of counsel. The Court also ordered Mr. Wardell to file his second amended application within thirty days. On July 14, 2009, Magistrate Judge Boland entered a minute order granting Mr. Wardell an extension of time to file his second amended application. On August 26, 2009, Magistrate Judge Boland granted Mr. Wardell another extension of time to file his second amended application.

Mr. Wardell has failed to file a second amended application within the time allowed. Therefore, the action will be dismissed without prejudice for failure to file a second amended application as directed. Accordingly, it is

ORDERED that the habeas corpus application and the amended application are denied and the action is dismissed without prejudice for failure to file a second amended application as directed.

DATED at Denver, Colorado, this 20 day of Oct, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00455-BNB

Wendel Robert Wardell, Jr.
Prisoner No. 32096-013
US Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk